**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Deborah Eaton,<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Basha's Inc.,<br><br>　　　　Defendant. | No. CV-07-2568-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendant's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint (Doc. 8 ). For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion for an Extension of Time (Doc. 8).

**IT IS FURTHER ORDERED** that Defendant shall file its response to Plaintiff's Complaint no later than January 31, 2008.

DATED this 23rd day of January, 2008.

_____
Stephen M. McNamee
United States District Judge