**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Eaton,<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Basha's Inc.,<br><br>　　　　Defendant.<br>_____ | No. CV-07-2568-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendant's Motion for an Extension of Time to Respond to Plaintiff's Complaint (Doc. 10 ).  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion for an Extension of Time (Doc. 10).

**IT IS FURTHER ORDERED**  that Defendant shall file its Response to Plaintiff's Complaint no later than February 14, 2008.

DATED this 1st day of February, 2008.

_____
Stephen M. McNamee
United States District Judge