**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Eaton,<br><br>    Plaintiff,<br><br>v.<br><br>The Basha's Inc.,<br><br>    Defendant. | No. CV-07-2568-PHX-SMM<br><br>**ORDER** |

Upon Stipulation by the parties (Doc. 16), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties' initial disclosure statements shall be exchanged on or before May 16, 2008.

DATED this 22nd day of April, 2008.

Stephen M. McNamee
United States District Judge