**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Deborah Eaton, | ) | No. CV-07-2568-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| The Basha's Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pending before the Court are the parties' Stipulation to Amend the Complaint (Doc. 22) to substitute as the Defendant the real party in interest in place of Basha's Inc.[1] and the parties' Stipulation to Extend Deadline to Exchange Initial Disclosure Statements (Doc. 23). Good cause appearing therefor,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulations (Docs. 22 and 23).

DATED this 21st day of May, 2008.

Stephen M. McNamee
United States District Judge

---

[1] The proper designation of the Defendant is Bashas' Inc. Group Disability Plan.