**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Eaton,               Plaintiff, v. The Basha's Inc.,               Defendant. | No. CV-07-2568-PHX-SMM **ORDER** |

Currently pending before the Court is Plaintiff's Request for Expedited Management Conference regarding Plaintiff's requests for discovery from Defendant. (Doc. 27.)   It is this Court's policy to address issues pertaining to discovery disputes via telephonic conference. The Court's Order dated April 29, 2008, stated the following:

**IT IS FURTHER ORDERED** that, **in the event of a discovery dispute, the parties shall contact the Court to request a telephonic conference prior to filing any discovery motions.** The parties shall not contact the Court regarding a discovery dispute unless they have been unable to resolve the dispute themselves, despite personal consultation and sincere efforts to do so.  The parties shall not file any written materials related to a discovery dispute or discovery motion without express leave of Court.  If the Court does order written submissions, the movant shall include a statement certifying that counsel could not satisfactorily resolve the matter despite personal consultation and sincere efforts to do so, in accordance with LRCiv 7.2(j) of the Rules of Practice of the United States District Court for the District of Arizona.

1 | Pursuant to the Court's previous Order, the parties are advised to contact the Court regarding the issues raised in Plaintiff's Request for Expedited Management Conference. (Doc. 27.)

Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Request for Expedited Management Conference. (Doc. 27.)

DATED this 2nd day of September, 2008.

_____
Stephen M. McNamee
United States District Judge