**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEBORAH EATON, ) | No. CV 07-2568-PHX-SMM |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| BASHAS' INC. GROUP DISABILITY ) PLAN., ) | |
| Defendants. ) | |

Upon consideration of Plaintiff's Motion to Continue a Hearing (Doc.35) currently scheduled for Thursday, October 9, 2008, at 10:00 a.m., and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The previous hearing scheduled for **Thursday, October 9, 2008, at 10:00 a.m.** is **VACATED**.

**IT IS FURTHER ORDERED** that the hearing has been continued until **Tuesday, October 14, at 10:00 a.m.**

DATED this 3rd day of October, 2008.

Stephen M. McNamee
United States District Judge