**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| DEBORAH EATON, <br><br> Plaintiff, <br><br> v. <br><br> BASHAS, INC., <br><br> Defendant. | No. CV 07-2568 PHX-SMM <br><br> **ORDER** |

Upon consideration of the parties' Joint Motion to Continue Hearing (Doc. 37) currently scheduled for October 14, 2008 at 10:00 a.m., and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Motion to Continue Hearing is **GRANTED**. The previous hearing scheduled for Tuesday, October 14, 2008 at 10:00 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the hearing has been continued until **Tuesday, October 21, at 9:00 a.m.**

DATED this 9th day of October, 2008.

Stephen M. McNamee
United States District Judge