**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DEBORAH EATON, | ) | No. CV 07-2568-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| BASHAS' INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Before the Court is the parties' Stipulated Motion for Entry of Judgment (Doc. 41). The Court having reviewed the present Motion and good cause appearing,

    **IT IS HEREBY ORDERED GRANTING** the Stipulated Motion for Entry of Judgment (Doc. 41).

    **IT IS FURTHER ORDERED** that Plaintiff, immediately upon receipt of a check from the Social Security Administration which represents all payments previously owed for benefits beginning on February 4, 2003 to the date the she received her first benefits check, shall endorse the check to Defendant and deliver the check to her counsel. Counsel for Plaintiff shall then deliver the check to counsel for Defendant. Plaintiff shall use her best efforts to obtain this check from the Social Security Administration as quickly as possible.

    **IT IS FURTHER ORDERED** that Defendant shall immediately deposit the check in its own account, retain $10,000.00 and tender the remaining amount to Plaintiff

1  within five (5) business days of the check clearing the bank.

2  **IT IS FURTHER ORDERED** that after the preceding has been accomplished, the
3  parties so shall notify the Court and this case shall be dismissed, with prejudice, each
4  side to bear its own attorneys' fees and costs.

5  DATED this 3rd day of December, 2008.

Stephen M. McNamee
United States District Judge