**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEBORAH EATON,            )<br>                                            )<br>            Plaintiff,            )<br>                                            )<br>v.                                          )<br>                                            )<br>BASHAS' INC.,                  )<br>                                            )<br>            Defendant.         )<br>_____)  | No. CV 07-2568-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulated Motion for Entry of Order of Dismissal (Doc. 43).

The Court having reviewed the present Motion and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulated Motion for Entry of Order of Dismissal (Doc. 43).

**IT IS FURTHER ORDERED** dismissing this action with prejudice, each side to bear its own attorneys' fees and costs.

DATED this 22nd day of January, 2009.

_____
Stephen M. McNamee
United States District Judge